UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZEED INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 18-1501 (KBJ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant United States Immigration and Customs Enforcement ("Defendant" or "ICE"), by and through undersigned counsel, respectfully submits the following answer to Plaintiff's Complaint ("Complaint") filed on June 25, 2018. All allegations in the Complaint, including relief sought, are denied except when specifically admitted herein. Defendant admits, denies, or otherwise avers as follows:

### DEFENSE

The information requested in Plaintiff's Freedom of Information Act/Privacy Act request is exempt in whole or in part under the Freedom of Information Act ("FOIA") and/or Privacy Act.

### SPECIFIC RESPONSES

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, Defendant answers as follows. Defendant denies any allegations contained in such headings.

## COMPLAINT

1. The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its action and the relief they seek, to which no response is required. To the extent that a response is required, Defendant admits that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA"), and Defendant denies the remaining allegations contained in this paragraph.

## PARTIES

2. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 2 and avers that an individual named Kendall Taggart, who stated in the request that she is a reporter with Buzzfeed, submitted a FOIA request dated September 15, 2017 to ICE.

3. Defendant admits the allegation.

4. Defendant admits the allegation.

## JURISDICTION AND VENUE

5. The allegation contained in Paragraph 5 constitutes Plaintiff's conclusion of law regarding jurisdiction, to which no response is required. To the extent that a response is required, Defendant admits this Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of the FOIA.

6. The allegation contained in Paragraph 6 constitutes Plaintiff's conclusion of law regarding venue, to which no response is required. To the extent that a response is required, Defendant admits venue is proper.

## BACKGROUND

7. The allegations contained in Paragraph 7 constitute Plaintiff's characterization of a detention policy, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant denies the allegation.

8. The allegations contained in Paragraph 8 constitute Plaintiff's characterization of detention policy implications, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant respectfully refers the Court to the website cited for a full and accurate description of its contents, and denies the remaining allegations.

9. The allegations contained in Paragraph 9 constitute Plaintiff's characterization of detention policy implications, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant respectfully refers the Court to the website cited for a full and accurate description of its contents, and denies the remaining allegations.

10. The allegations contained in Paragraph 10 constitute Plaintiff's characterization of an ICE policy from 2013, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant respectfully refers the Court to the website cited for a full and accurate description of its contents, and denies the remaining allegations.

11. The allegations contained in Paragraph 11 constitute Plaintiff's description of the FOIA request at issue in this lawsuit, which speaks for itself. Defendant respectfully refers the Court to Plaintiff's Exhibit A for a full and accurate description of its contents.

12. Defendant admits only that it acknowledged receipt of the request, granted expedited processing, and did not provide an estimated completion date by October 2, 2017.

13. The allegations contained in Paragraph 13 constitute Plaintiff's description of correspondence with ICE concerning the FOIA request at issue in this lawsuit, which speaks for itself. Defendant respectfully refers the Court to that correspondence for a full and accurate description of its contents.

14. Defendant admits that ICE provided an estimated completion date of December 20, 2017 in error. Defendant respectfully refers the Court to Plaintiff's Exhibit C for a full and accurate description of its contents.

15. Defendant admits that Plaintiff filed an administrative appeal and respectfully refers the Court to Plaintiff's Exhibit C for a full and accurate description of its contents.

16. The allegations contained in paragraph 16 constitute the Plaintiff's characterization of Defendant's response to the appeal notification, which speaks for itself. Defendant respectfully refers the Court to Plaintiff's Exhibit D for a full and accurate description of its contents.

17. Defendant admits it provided no further response and denies the remaining allegations in this paragraph.

## COUNT I – VIOLATION OF FOIA

18. Defendant incorporates by reference its responses to all preceding paragraphs.

19. Defendant admits the allegation.

20. Defendant admits the allegation.

21. The allegations in this paragraph are legal conclusions to which no response is required. To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph as it is still processing the FOIA request.

22. Defendant admits that as of the date of this filing, Defendant has not yet produced documents.

[Remainder of page intentionally left blank.]

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any of the relief requested in this section, or to any relief whatsoever.

Dated: August 2, 2018

                Respectfully submitted,

                JESSIE K. LIU, D.C. Bar # 472845
                United States Attorney

                DANIEL F. VAN HORN, D.C. Bar # 924092
                Chief, Civil Division

By: */s/ Melanie D. Hendry*
                Melanie D. Hendry
                Assistant United States Attorney
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 252-2510
                melanie.hendry2@usdoj.gov