UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUZZFEED INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1501 (KBJ) |
| | ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT CONCERNING PROPOSED SCHEDULE

Pursuant to the Court's September 4, 2018 Orders, Plaintiff BuzzFeed Inc. ("BuzzFeed") and Defendant United States Immigration and Customs Enforcement ("ICE") respectfully submit the proposed schedules set forth below for disclosure of records that BuzzFeed requested in its September 18, 2017 Freedom of Information Act ("FOIA") request seeking (for the period January 1, 2016, to the date of the search): "1) all written notices to [] each ICE field office director of instances when a detainee has been held continuously in segregation" and "2) all subsequent reviews conducted by the Field Office Director, or his or her staff." *See* Dkt. No. 1-1.

## ICE's Position and Proposed Schedule

ICE currently estimates that there are approximately 8,100 pages of potentially responsive records. Due to the volume of potentially responsive records as well as the significant number of FOIA requests ICE is currently processing, ICE proposes that it process 400 pages per month. In the event BuzzFeed is willing to limit its request to a particular field office or to narrow the timeframe, ICE anticipates that there will be a corresponding decrease in

the amount of time required to complete the processing and release of all responsive, non-exempt records.

**BuzzFeed's Position and Proposed Schedule**

The Freedom of Information Act requires that, in response to a proper FOIA request, agencies "shall make the records promptly available to any person." 5 U.S.C.A. § 552(a)(3)(A). This request was made over a year ago, to date, ICE has not produced any records, and now ICE requests a schedule permitting it to finally satisfy its statutory mandate by May 2020, nearly three years after the original request. The subject matter of the request is use of solitary confinement by ICE in a manner that may constitute torture according to the United Nations. The records are the subject of a written directive posted on the ICE website. ICE granted BuzzFeed's request for expedited processing in October 2017. Answer, Dkt. No. 9 at ¶ 12. BuzzFeed made multiple efforts to resolve this request short of litigation, to no avail.

On August 3, 3018, shortly after counsel for ICE appeared, BuzzFeed proposed that ICE complete the processing of the request, produce all non-exempt records located after a reasonable search, and produce a Vaughn index and any supporting affidavits within 90 days of the date the complaint was served. On September 7, 2018, having received no response to its August 3 email, Plaintiff contacted ICE's counsel to schedule a call. On September 17, 2018, the day before this JSR was due, ICE provided a response, indicating that there were around 8,000 potentially responsive pages and proposing that ICE produce 400 pages per month.

ICE has not provided any information or evidence to BuzzFeed indicating that ICE has made a diligent effort to comply with this year-old request, in which expedited processing was granted, in a timely manner. Under ICE's proposed schedule, production would take nearly three years from the date the request was made for production to be complete. BuzzFeed

proposes instead that ICE complete the production within 90 days.  BuzzFeed is evaluating the

information ICE has now provided and whether the request can be narrowed, in which case the

production deadline should be advanced proportionally, although BuzzFeed notes that the

request is already limited to a specific set of clearly defined records and time period.

## Proposed Conference Call Dates

The parties propose the following dates and times for a conference call with the Court to

discuss this matter:

1.  September 27, 2018 at 11:00 a.m.

2.  October 2, 2018 at 11:00 a.m.

3.  October 4, 2018 at 11:00 a.m.


Dated: September 18, 2018

LOVEY & LOVEY

By: */s/ Matthew Topic*
    Matthew Topic
    311 N. Aberdeen, Third Floor
    Chicago, IL 60607
    (312) 243-5900
    matt@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Melanie D. Hendry*
    Melanie D. Hendry
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2510
    melanie.hendry2@usdoj.gov

*Counsel for Defendant*