UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-cv-1501 (KBJ) |
| | ) |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER FOR SUPPLEMENTAL DECLARATION**

On September 18, 2018, the parties submitted a Joint Status Report (ECF No. 11) detailing the parties' dispute over a production schedule in this FOIA case. Defendant United States Immigration and Customs Enforcement ("ICE") represented that there are approximately 8100 pages of records responsive to Plaintiff Buzzfeed's FOIA request, and it proposes a processing and production schedule of 400 pages per month, to be completed around May of 2020. (*See id.* at 1–2.) Buzzfeed asks that production be completed within 90 days, given the fact that ICE granted this FOIA request expedited-processing status nearly one year ago, and has failed to produce any documents at all thus far. (*See id.* at 2–3.)

This Court held a teleconference with the parties on October 4, 2018, to discuss their respective positions. After counsel for ICE made limited representations regarding its current FOIA processing capacity, the Court determined that additional information would be needed before it sets a production schedule. Accordingly, it is hereby

1

**ORDERED** that, on or before October 16, 2018, ICE shall file a supplemental memorandum that addresses the agency's FOIA-processing capacity and the reason for the processing delay in this case.  The supplemental memorandum must include one or more declarations by ICE representatives with personal knowledge of the following, as of the date of the declaration:

(1) the number of FOIA requests that ICE is processing (broken down by original requests and consultation requests);

(2) the number of pending FOIA requests which ICE has agreed to expedite;

(3) the number of pending FOIA requests submitted prior to Plaintiff's request in this case;

(4) the number of cases pending in federal court in which a production schedule has been entered that requires ICE to process documents and in which the production is outstanding; and

(5) the number of ICE's FOIA processing staff, and any efforts ICE is undertaking to hire additional processing staff.

DATE:  October 4, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge