UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1501 (KBJ) |
| ) | |
| UNITED STATES IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ICE FOIA OFFICER CATRINA PAVLIK-KEENAN REGARDING ICE FOIA OFFICE WORKLOAD AND RESOURCES

I, Catrina Pavlik-Keenan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the FOIA Officer of the Freedom of Information Act Office ("ICE FOIA Office") at the United States Immigration and Customs Enforcement ("ICE"). I have been the Director of the ICE FOIA Office since its creation on December 18, 2006. Prior to holding this position, I worked for approximately four years in the FOIA Office at the Transportation Security Administration, first as a Supervisory FOIA Analyst, then as Deputy Director for two years, and finally as Director. In total, I have 25 years of experience processing FOIA requests.

2. My official duties and responsibilities include the general management, oversight, and supervision of the ICE FOIA Office. The ICE FOIA Office is responsible for the receipt, processing, and response to all Freedom of Information Act ("FOIA") and Privacy Act ("PA") requests received at ICE. I manage and supervise a staff of ICE FOIA Paralegal Specialists, who

report to me regarding the processing of FOIA and PA requests received by ICE. In connection with my official duties, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of FOIA and the PA.

3. I make this declaration in my official capacity based on my personal knowledge, my review of records kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

4. This declaration is submitted in response to the Court's October 4, 2018 Order for Supplemental Declaration (Dkt. No. 12) to provide specific processing statistics requested by the Court, information concerning the ICE FOIA Office staffing, and FOIA request trends that have impacted the ICE FOIA Office workload.

5. The ICE FOIA Office tracks all of the requests it receives, both directly and by referral, through FOIAXpress, which is ICE FOIA's case management system.

6. The ICE FOIA Office is currently processing approximately 15,071 requests, of which 4,018 are original requests submitted to the ICE FOIA Office, 53 are consults, and 11,000 requests are a referral backlog from U.S. Citizenship and Immigration Services ("USCIS") from fiscal year[1] ("FY") 2018.

7. The ICE FOIA Office currently has 70 pending FOIA requests that were granted expedited processing. Expedited processing is typically reserved for simple requests that articulate an immediate pressing need for specified or finite records. For example, an individual may request health records for pending surgery or a respondent may request the I-213 from their Alien File ("A-file") for an active case in immigration removal proceedings. Additionally, a records request

---

[1] The fiscal year starts on October 1 and ends on September 30.

for specific medical documents or a standard form kept in an A-file, for example, are amenable to expedited processing because they do not require the agency to search multiple program offices for the records. By comparison, expedited processing is not feasible in FOIA requests for records based on search criteria that would require tasking multiple ICE program offices to search, identify, and collect potentially responsive documents.

8. Based on FOIAXpress, the ICE FOIA Office had approximately 1,640 FOIA requests that were pending as of September 15, 2017, the date the subject FOIA was submitted to the ICE FOIA Office. Additionally, the following month the ICE FOIA Office received over 10,500 referral requests from USCIS.

9. During FY 2018, which comprised the time period that the ICE FOIA Office received the Plaintiff's September 15, 2017 FOIA request, the ICE FOIA Office did not have dedicated ICE FOIA staff who performed intake duties of FOIA requests submitted to ICE. Rather, the ICE FOIA Office detailed three individuals for periods of 90-120 days at a time from other ICE program offices to perform intake duties. These individuals were trained in basic intake operations; however, they were not qualified to assess whether fee waivers or expedited processing should be granted. In reviewing the Plaintiff's September 25, 2017 FOIA request and taking into consideration those factors discussed above that ICE FOIA considers in determining when to grant expedited processing, the Plaintiff's expedited processing request was granted in error.

10. As of September 30, 2018, the ICE FOIA Office has hired and trained two new individuals who are dedicated intake specialists, and are appropriately trained to properly assess when expedited processing requests may be granted.

11. This past fiscal year, the ICE FOIA Office has experienced a substantial and dramatic increase in the number of FOIA requests received by ICE compared to previous

years. In FY 2015, ICE FOIA received 44,748 FOIA requests, and had a backlog of approximately 841 FOIA requests carried over into FY 2016. In FY 2016, ICE FOIA received 63,385 FOIA requests, and had a backlog of approximately 621 FOIA requests carried over into FY 2017. In FY 2017, ICE FOIA received 47,839 FOIA requests, and had a backlog of approximately 535 FOIA requests carried over into FY 2018. In FY 2018, ICE FOIA received 91,218 FOIA requests, and carried a backlog of approximately 11,000 requests in FY 2019 (which began on October 1, 2018).

12. The ICE FOIA Litigation Processing Unit is currently comprised of three full-time experienced paralegals and one part-time paralegal who are processing 87 active FOIA litigations. There are currently 27 FOIA litigation cases that have rolling productions, which yield a monthly litigation production page count of between 15,000-17,000 pages. Additionally, there are an additional five cases with rolling productions that will be added to the case list starting this month. These additional five cases are expected to contribute a combined total of an additional 8,789 pages per month to the overall monthly litigation production. With that addition, the four paralegals will be required to process nearly 25,000 pages per month. These page count numbers do not take into account the more than 50 other FOIA litigation matters that would involve a single production instead of a rolling production schedule.

13. The ICE FOIA Office currently has a staff of 27 FOIA specialists dedicated to processing FOIA requests solely at the administrative level. The processors are responsible for responding to the original FOIA requests and, if necessary, reprocessing remands on appeal. In FY 2018, these FOIA processors completed and closed out 66,699 FOIA requests. Unfortunately, at this time, ICE FOIA does not have authority to hire any

additional FOIA processor employees; however, it is looking into hiring contractors to perform processing duties. Indeed, as discussed below, ICE FOIA employees have been lost due to budget cuts.

14. Between FY 2017 and FY 2018 the ICE FOIA Office experienced approximately a 91% increase in FOIA requests. This dramatic increase in ICE FOIA's workload is attributed to the afore mentioned increased number of referrals ICE receives from USCIS and the changing political climate reflecting increased public interest in the Department's operations pertaining to the recent Presidential Orders and subsequent guidance from the Secretary.

15. In addition to the increasing volume of FOIA requests, ICE has also experienced an increase in the complexity of FOIA requests. These FOIA requests take considerably longer to process, due to extensive search that is usually required and the intricacies of the documents or data produced. In FY 2017, one FOIA requester alone- a data clearing house- filed more than 270 FOIA requests seeking extensive data extracts. As of January 31, 2018, ICE FOIA had 144 similar FOIA requests from the same requester in FY 2018 alone.

16. A consequence of the increasing complexity and volume of ICE FOIA's workload is that more of those FOIA requests become subject to litigation in U.S. District Court. The three full-time and one part-time paralegals who comprise the ICE FOIA Litigation Processing Unit also have other duties, in addition to processing documents pursuant to litigation. For example, these four individuals also prepare reports, redact Prison Rape Elimination Act ("PREA") reports, redact Office of Detention Oversight ("ODO") reports, as well as handle consults and referrals from other agencies as they come

in. Additionally, the members of the ICE FOIA Litigation Processing Unit also handle a host of other administrative duties, including, but not limited to, monitoring the ICE FOIA inbox, scheduling productions, preparing clearance emails, as well as preparing other correspondence to requesters. In addition, due to the loss of eight ICE FOIA employees due to budget cuts, members of the ICE FOIA Litigation Processing Unit are also increasingly required to assist other units within ICE FOIA with the processing of incoming FOIA requests, congressional inquiries, and other projects at any given time. Each personnel team member can process on average 100-300 pages per day, depending on the complexity of the documents.

17. All of these factors have nearly doubled the ICE FOIA Office's overall workload in comparison with the same date for FY 2017. In response to the increasingly heavy workload, the ICE FOIA Office has adopted the court-sanctioned practice of generally handling backlogged requests on a "first-in, first-out basis."

18. In order to meet its obligations for all cases in litigation and ensure that all of the FOIA matters progress so that each requester can receive a response, the ICE FOIA Office typically cannot process more than 500 pages per month for each case. Any increase in one matter would hinder ICE FOIA's ability to process records for productions in other matters.

I declare under penalty of perjury that the forgoing is true and correct:

Dated this 16th day of October 2018.

*Catrina Pavlik-Keenan*

Catrina Pavlik-Keenan, FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009