UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES IMMIGRATION AND ) <br> CUSTOMS ENFORCEMENT, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-1501 (KBJ) |

## JOINT STATUS REPORT

Pursuant to the Court's February 13, 2019 Order, Plaintiff BuzzFeed Inc. ("BuzzFeed") and Defendant United States Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report to update the Court concerning the status of the processing of records that BuzzFeed requested in its September 18, 2017 Freedom of Information Act ("FOIA") request seeking (for the period January 1, 2016, to the date of the search): "1) all written notices to the [sic] each ICE field office director of instances when a detainee has been held continuously in segregation" and "2) all subsequent reviews conducted by the Field Office Director, or his or her staff." *See* Dkt. No. 1-1.

To date, ICE has processed approximately 3,500 pages and made four releases to Plaintiff (October 30, 2018 – approximately 429 pages; November 30, 2018 – approximately 1,000 pages; February 12, 2019 – approximately 1,000 pages; and February 22, 2019 – approximately 1,095 pages). ICE's processing was delayed as a result of the government shutdown. To account for the processing that was not completed during the shutdown, ICE devoted additional time to processing the records in this case and processed 2,095 pages in February (double the 1,000 page per month

- 2 -

processing rate ordered by the Court) and proposes that it process an additional 1,000 pages by March 8, 2019, and resume processing at the rate of 1,000 pages per month on April 1, 2019.[1]

| | |
|---|---|
| Dated: February 25, 2019 | Respectfully submitted, |
| LOVEY & LOVEY | JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney |
| By: */s/ Matthew Topic*<br>    Matthew Topic<br>    311 N. Aberdeen, Third Floor<br>    Chicago, IL 60607<br>    (312) 243-5900<br>    matt@loevy.com | DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>By: */s/ Melanie D. Hendry*<br>    Melanie D. Hendry<br>    Assistant United States Attorney<br>    555 Fourth Street, N.W.<br>    Washington, D.C. 20530<br>    (202) 252-2510<br>    melanie.hendry2@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

---

[1] ICE notes that although it has devoted additional time to the processing of the FOIA request to account for processing time missed during the government shutdown, it is unable to sustain an increased processing rate going forward.