UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUZZFEED INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1501 (KBJ) |
| | ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT MOTION FOR STAY OF SUMMARY JUDGMENT BRIEFING

With Plaintiff's ("Buzzfeed") consent, Defendant United States Immigration and Customs Enforcement ("ICE") respectfully request a stay of the summary judgment briefing schedule in order to conduct further negotiations designed to significantly narrow the areas of dispute, if not obviate the need for briefing in its entirety.  Defendant regrets that the present filing does not comply with the Court's requirement that extensions be made no fewer than two days before the expiration of the deadline whose extension is sought, but, as matter of excusable neglect, inadvertently lost sight of the requirement in the press of overwhelming commitments over the past two weeks.  The request is not interposed for the purpose of delay, but rather comes from a genuine effort to find a path toward narrowing, if not eliminating, the areas of dispute in this vast FOIA lawsuit and avoiding the expense and time associated with pursuing an exclusively contested resolution.

The case involves challenges to FOIA Exemption (b)(6)/(b)(7)(C) redactions for all PII (personally identifiable information), other than cell phone numbers and signatures, for three classes of persons: ICE officials, private prison officials, and detainees.  The case also involves contested Exemption (b)(7)(E) withholdings.  The parties have agreed to meet and confer the week

of December 16, 2019 in an effort to close the gap between their respective positions.  Among other things, at Plaintiff's urging, Defendant will prepare a categorical *Vaughn* index for a sample of redactions of Plaintiff's choosing as a proxy for the more than 8,000 redacted pages produced. While the parties ideally would have taken these steps well in advance of a looming deadline for dispositive motions, other commitments and circumstances got in the way.  Among other things, brand new litigation counsel was inserted into the case at the very time that experienced agency counsel left it for several months.  This was a handicap in attempting to manage a meaningful meet-and-confer amid other surging priorities.

The parties have agreed that, if they are not able to resolve the matter by an iterative process of sampling and negotiation, they will adopt, with the Court's permission, the schedule set forth below.  The proposed schedule accounts for the time necessary to prepare a categorical *Vaughn*, review the results, conduct robust and ongoing negotiations, as well as the holidays and the parties' other obligations:

| Defendant's Motion for Summary Judgement | January 31, 2020 |
|---|---|
| Plaintiff's Opposition and Cross-Motion | March 6, 2020 |
| Defendant's Reply and Opposition | March 27, 2020 |
| Plaintiff's Reply | April 17, 2020 |

For the foregoing reasons, the parties respectfully request that the current summary briefing schedule be stayed to permit them an opportunity to work toward a partial or complete resolution of the case, and that the proposed schedule set forth immediately above be adopted in its place should resort to dispositive motions remain necessary.

Dated: November 26, 2019

LOVEY & LOVEY

By: */s/ Matthew Topic*
    Matthew Topic
    311 N. Aberdeen, Third Floor
    Chicago, IL 60607
    (312) 243-5900
    matt@loevy.com

    *Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ John Moustakas*
    John Moustakas
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2518
    john.moustakas@usdoj.gov

    *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| <br>BUZZFEED INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>Defendant.<br> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civ. A. No. 18-1501 (KBJ) |

## **(PROPOSED)  ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Stay of Summary Judgment Briefing, for good cause shown, it is hereby:

ORDERED that the motion is GRANTED;

ORDERED that Summary Judgment briefing is STAYED;

ORDERED that dispositive motions shall be filed, if still necessary, according to the following schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgement | January 31, 2020 |
| Plaintiff's Opposition and Cross-Motion | March 6, 2020 |
| Defendant's Reply and Opposition | March 27, 2020 |
| Plaintiff's Reply | April 17, 2020 |

SIGNED:

_____                    _____
Date                                                 United States District Judge