UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES IMMIGRATION AND ) <br> CUSTOMS ENFORCEMENT, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-1501 (KBJ) |

## JOINT STATUS REPORT

Plaintiff BuzzFeed Inc. ("BuzzFeed") and Defendant United States Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report pursuant to the Court's February 25, 2020, Minute Order.  To recapitulate:

1. Defendant has previously produced 8,000 pages of responsive documents.  In the process of preparing a summary of Defendant's search in connection with advanced preparation for forthcoming briefing of dispositive motions, Defendant discovered that of the 24 field offices tasked with conducting a search, 2 offices failed to respond at all, 2 offices submitted some number of records on CD that Defendant cannot account for, and an additional 3 offices produced some number of responsive records that may or may not be accounted for.

2. To insure that Plaintiff receives all responsive records, Defendant has tasked the 7 field offices with completing the search, or resubmitting responsive records.

3. Defendant will resume processing immediately, and has agreed to process 1000 pages per month until the remaining responsive records are all processed.

- 2 -

Most recently, since tasking the 7 field offices as described above, Defendant has received results from 6 of the office, with 1 field office still outstanding.  Thus far, 3,082 pages and 525 excel spreadsheets have been generated.  The agency continues to process at a rate of 1,000 pages per month.

| | |
|---|---|
| Dated: March 20, 2020 | Respectfully submitted, |
| LOVEY & LOVEY | TIMOTHY J. SHEA, D.C. Bar # 437437<br>United States Attorney |
| By: */s/ Matthew Topic*<br>    Matthew Topic<br>    311 N. Aberdeen, Third Floor<br>    Chicago, IL 60607<br>    (312) 243-5900<br>    matt@loevy.com | DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>By: */s/ John Moustakas*<br>    John Moustakas<br>    Assistant United States Attorney<br>    555 Fourth Street, N.W.<br>    Washington, D.C. 20530<br>    (202) 252-2518<br>    john.moustakas@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |